**Order entered August 2, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00530-CV

### IN THE INTEREST OF I.F., E.F., AND F.F., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-21932**

### ORDER

Before the Court is the July 29, 2021 request of Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court, for a thirty-day extension of time to file the reporter's record. The reporter's record is currently due on September 30, 2021. *See* TEX. R. APP. P. 35.1(a). Accordingly, we **DENY** the request as premature.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE